# Exhibit 7

**Exhibit 7: U.S. Patent No. 8,806,197**

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td>1[pre] A method of generating a digital signature of a message, the method comprising:</td><td>To the extent the preamble of claim 1 is limiting, ViaBTC, through the Accused Instrumentalities (See Appendix below), performed a method of generating a digital signature of a message comprising the steps of claim 1. See claim 1[a]-1[c], infra; see also, e.g.:<br><br>For example, the Accused Instrumentalities generated a digital signature of a message when spending, transferring, sending Bitcoin[1] on the Bitcoin network according to the Bitcoin protocol. See, e.g.:<br><br>For example, ViaBTC operates "The world's top all-inclusive mining pool - Global services in 150+ countries/regions -Covering over 1 million users worldwide -Multi-billion dollar worth of cumulative mining output value." Source: https://www.viabtc.com<br><br><br><br>Source: https://mempool.space/mining/pool/ViaBTC</td></tr>
</table>

[1] Bitcoin is provided here purely as an example. ViaBTC has infringed the asserted claims *mutatis mutandis* by transferring other cryptocurrencies including Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc. See, *e.g.*, https://support.viabtc.com/hc/en-us/articles/14367481714191-Mining-Pools-Information

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

By way of example, ViaBTC has been responsible for more than 10% of the global Bitcoin hashrate, amounting to over 80 exa-hashes per second (EH/s)—that's 80 quintillion (80,000,000,000,000,000,000) cryptographic calculations per second. https://hashrateindex.com/hashrate/pools

**Top Bitcoin Mining Pools** 3D 1W 1M

| # | Pools | Reported Hashrate | Hashrate | Payout Method | Market Share | Blocks Mined | Avg. Tx Fees Per Block | Tx Fees Block Reward |
|---|---|---|---|---|---|---|---|---|
| 1 | Foundry USA | N/A | 201.2 EH/s | FPPS | 25.57% | 1105 | 0.02129497 | 0.68% |
| 2 | AntPool | N/A | 143.3 EH/s | FPPS | 18.21% | 787 | 0.02170608 | 0.69% |
| 3 | F2Pool | N/A | 110.7 EH/s | unknown | 14.07% | 608 | 0.02076832 | 0.66% |
| 4 | ViaBTC | N/A | 80.1 EH/s | PPS+ | 10.18% | 440 | 0.02297251 | 0.74% |

Source: https://hashrateindex.com/hashrate/pools

In the past three years, ViaBTC mined about 12% of the blocks on the Bitcoin network. *See*, *e.g.*,

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://mempool.space/graphs/mining/pools#3y<br><br>And ViaBTC has earned over 410,551 BTC in mining rewards since its inception: |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br>See, *e.g.*, https://mempool.space/mining/pool/ViaBTC |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://arkm.com/explorer/entity/ViaBTC
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| |  <br>Source: https://arkm.com/explorer/entity/ViaBTC |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | <br><br>Source:<br>https://arkm.com/explorer/tx/ab6555a26b1b639e252d42ae65f1306bfe7150747398e7b100a8270d0975b242 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Pools with Blocks (< 3,996,000 WU)**<br><br>**Pool Name** / **Average Block Weight** / **Lowest Block Weight** / **Highest Block Weight**<br>Foundry USA / 3,993,030 / 3,992,749 (813879) / 3,993,523 (874770)<br>Binance Pool / 3,993,348 / 3,992,753 (784937) / 3,993,768 (846996)<br>MARA Pool / 3,993,017 / 3,992,721 (802653) / 3,994,944 (859968)<br>Luxor / 3,993,434 / 3,992,782 (768718) / 3,993,811 (841510)<br>AntPool / 3,993,554 / 3,992,868 (814783) / 3,993,918 (873367)<br>ViaBTC / 3,993,324 / 3,992,881 (782955) / 3,993,612 (872513)<br><br>"The majority of pools—such as Foundry USA, Binance Pool, and AntPool—produce blocks averaging around 3,993,000 WU, consistent with Bitcoin Core's current behavior." See, e.g., http://delvingbitcoin.org/t/analyzing-mining-pool-behavior-to-address-bitcoin-cores-double-coinbase-reservation-issue/1351 (Emphasis added)<br><br>ViaBTC signed Bitcoin transactions and messages according to the Bitcoin protocol:<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP … **The Signature** |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing (emphasis added).<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses peer-to-peer technology to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page.<br><br>The Accused Instrumentalities utilized a computer (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (*e.g.*, CPUs) to sign Bitcoin transactions. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Bitcoin Core<br>menu<br>**About**<br>**About us**<br>Bitcoin Core is an open source project which maintains and releases Bitcoin client software called "Bitcoin Core".<br>It is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper.<br>Bitcoin Core consists of both "full-node" software for fully validating the blockchain as well as a bitcoin wallet. The project also currently maintains related software such as the cryptography library libsecp256k1 and others located at GitHub.<br>Source: Bitcoin core, https://github.com/bitcoin/bitcoin<br><br>A Bitcoin **wallet** is a collection of private keys but may also refer to client software used to manage those keys and to make transactions on the Bitcoin network.<br><br>Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Bitcoin Core**<br>The original Bitcoin client stores private key information in a file named **wallet.dat** following the so called "bitkeys" format.<br>The wallet.dat file contains your private keys, public keys, scripts (which correspond to addresses), key metadata (e.g. labels), and the transactions related to your wallet. If you have an HD wallet, it also includes the HD seed and the derivation paths for each private key. |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | Source: https://en.bitcoin.it/wiki/Wallet<br><br>**Connecting to a full node**<br><br>By default, most hardware wallets instruct the user to connect to the manufacturer's own web interface. The web page cannot steal the user's private keys but can spy on them or trick them into accept fake payments.<br><br>Hardware wallets only keep the private keys safe and create spending transactions; they cannot tell you if you have actually received coins and in what quantity. Bitcoin's security model also requires that full node wallets are used. If not, somebody could pay you with a transaction of something other than bitcoin. If bitcoin is digital gold then a full node wallet is your own personal goldsmith who checks that the incoming payments are actually real. Also the third-party wallet will see all your bitcoin addresses so this is very damaging to your privacy.<br><br>Source: https://en.bitcoin.it/wiki/Hardware_wallet<br><br>"Bitcoin is a decentralized digital currency that enables instant payments to anyone, anywhere in the world. Bitcoin uses **peer-to-peer technology** to operate with no central authority: transaction management and money issuance are carried out collectively by the network."<br><br>Source: Welcome to the Bitcoin Wiki, https://en.bitcoin.it/wiki/Main_Page. (Emphasis added)<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Message signing method**<br>It takes the following parameters:<br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message)<br><br>**ECDSA signing, with P2PKH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r* < *p-n* and *is_even(y)*, set HeaderByte to 34. If *r* < *p-n* and *is_odd(y)*, set HeaderByte to 31. If *r* ≥ *p-n* and *is_even(y)*, set HeaderByte to 32. If *r* ≥ *p-n* and *is_odd(y)*, set HeaderByte to 31.<br>7. Compute *Signature=Base64Encode(HeaderByte* \|\| *r* \|\| *s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| |  |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | TRANSACTION EXPLORER<br>NETWORK: BITCOIN<br>TRANSACTION HASH: 56a1fd4b05f7b5e3f2c1ce0e6e5a449ef1a8daea3241c000579a38b693b8a73b<br>BLOCK: #959176<br>TIME: 34 minutes ago (22 Jul, 2026 20:45:57 UTC)<br>FROM: ViaBTC: Mining Pool (1PuJj)<br>TO: ViaBTC (1CECi) (+4)<br>TOTAL VALUE 15.72633439 BTC ($1.04M)<br>FEE 0.000046 BTC ($3.03)<br>Source: https://arkm.com/explorer/tx/56a1fd4b05f7b5e3f2c1ce0e6e5a449ef1a8daea3241c000579a38b693b8a73b<br>**How to Transfer Mining Rewards to an Exchange**<br>2026-07-17 22:03 |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | On-chain withdrawal<br>An on-chain withdrawal sends coins from your ViaBTC account to a blockchain address supplied by the receiving exchange. The transaction is broadcast to the network, then the exchange credits the deposit after its required confirmations.<br>Source: https://www.viabtc.com/en/blog/Features-how-to-transfer-mining-rewards-to-an-exchange-587?category=0<br><br>Source: https://www.viabtc.com/en/?lang=en_US |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **How to Set Up Auto-Withdrawal?**<br>Support<br>3 months ago · Updated<br>Follow<br>**About Auto-withdrawal**<br>Once enable Auto-withdrawal, the system will automatically withdraw to the address you preset if your wallet balance is over the minimum payment, and the service is entirely free. The mining yields will be temporarily retained in your account balance if it falls short of the minimum requirements. When withdrawing to a ViaBTC account, the minimum payment amount does not apply (as long as the withdrawal amount is greater than 0).<br>Source: https://support.viabtc.com/hc/en-us/articles/7207382307599-How-to-Set-Up-Auto-Withdrawal |

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>



Source: https://support.viabtc.com/hc/en-us/articles/7207382307599-How-to-Set-Up-Auto-Withdrawal
</td></tr>
</table>

<table>
<tr><th>Claim No.</th><th>Exemplary Evidence of Infringement</th></tr>
<tr><td></td><td>


Source: https://support.viabtc.com/hc/en-us/articles/7207428184847-How-to-Make-a-Normal-Transfer
</td></tr>
</table>

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Source: https://support.viabtc.com/hc/en-us/articles/7207428184847-How-to-Make-a-Normal-Transfer<br><br>Similarly, ViaBTC, through the Accused Instrumentalities, signed Zcash transactions and messages according to Zcash protocol. *See*, *e.g.*:<br><br>For example, in the past year ViaBTC mined almost 60% of the Zcash blocks on the Zcash network. *See*, *e.g.*, |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| |  <br>https://zcashinfo.com/ranking/?range=1y |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | |




Source: https://zcashinfo.com/pool/ViaBTC




Source: https://zcashinfo.com/block/ 223971

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>https://zcashinfo.com/address/t1at7nVNsv6taLRrNRvnQdtfLNRDfsGc3Ak |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | zcash / src / secp256k1 /<br><br>**libsecp256k1**<br><br>dependencies none irc.libera.chat #secp256k1<br><br>High-performance high-assurance C library for digital signatures and other cryptographic primitives on the secp256k1 elliptic curve.<br><br>This library is intended to be the highest quality publicly available library for cryptography on the secp256k1 curve. However, the primary focus of its development has been for usage in the Bitcoin system and usage unlike Bitcoin's may be less well tested, verified, or suffer from a less well thought out interface. Correct usage requires some care and consideration that the library is fit for your application's purpose.<br><br>Features:<br><br>• secp256k1 ECDSA signing/verification and key generation.<br>Source: https://github.com/zcash/zcash/tree/master/src/secp256k1 |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Rebranding Celebration: Join Campaign to Win Multiple Rewards!**<br>Customer Specialist Team<br>2 years ago · Updated<br>ViaWallet officially upgraded the brand to CoinEx Wallet on January 12, 2024! From January 12 to January 19, 2024, a week-long celebration campaign will be online. You can participate in the CoinEx Wallet App for in-app airdrop and join social media activities by following the CoinEx Wallet X account.<br>Source: https://support.wallet.coinex.com/hc/en-us/articles/27396120469401-Rebranding-Celebration-Join-Campaign-to-Win-Multiple-Rewards |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ViaWallet has officially upgraded to CoinEx Wallet.<br><br>CoinEx Wallet is a product of CoinEx Group. It is a decentralized blockchain wallet for multi-chain and multi-cryptocurrency asset management. It now supports 50+ kinds of coins, for instance, BTC, ETH, CET, TRX, BNB, MATIC, LTC, BCH, BASE, DOGE, etc., and 1 million+ tokens. Provides multi-wallet management, NFT management, staking, swap, DApp Explorer, transaction accelerator, signature verification, address authorization detector and more services.<br><br>· Full self-custody of private key and assets<br>· One-stop asset management for multiple wallets and cryptos<br>· Multiple security guarantees to ensure asset safety<br><br>**Multi-chain Web3 wallet**<br>· One App to manage multiple chains of assets without the need to register with your personal information.<br>· Supports both single-currency wallets and multi-currency wallets.<br>· Private keys are held by users themselves, so they have full control over their assets.<br><br>Supported coins:<br>BTC (Bitcoin), ETH (Ethereum), BNB (Binance Smart Chain), TRX (Tron), ADA (Cardano), ALGO (Algorand), ARB (Arbitrum One), ATOM (Cosmos), AVAX-C (Avalanche), ETH (BASE), BCH (Bitcoin Cash), BSV (Bitcoin SV), CET (CoinEx Smart Chain), SUI (Sui), TON (Toncoin), APT (Aptos), SEI (Sei), FET (FetchAI), Sonic(S), Merlin (Merlin Chain), CFX (Conflux), CKB (Nervos), DASH (Dash), DCR (Decred), DGB (DigiByte), DOGE (Dogecoin), DOT (Polkadot), ERG (Ergo), ETC (Ethereum Classic), FTM (Fantom), ICX (ICON), IRIS (IRISnet), KAVA (Kava), KDA (Kadena), KSM (Kusama), LTC (Litecoin), LUNA (Terra), LUNC (Terra Classic), MATIC (Polygon), MINA (Mina), NEAR (Near), ONT (Ontology), OP (Optimism), ROSE (Oasis Network), RVN (Ravencoin), SYS (Syscoin), VET (VeChain), XEC (eCash), XLM (Stellar), XRP (Ripple), XTZ (Tezos), ZEC (Zcash), ZEN (Horizen), ZIL (Zilliqa), KAS (Kaspa), etc.<br><br>Source: https://apps.apple.com/us/app/coinex-wallet-crypto-defi/id1462031389#productRatings |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **About**<br>Developer: Viabtc Technology Limited<br>Supplier: Viabtc Technology Limited<br>Date of Issue: May 20, 2019<br>Last updated: Jul 13, 2026<br>Bundle ID: com.viabtc.ViaWallet<br>Version: 4.23.3<br>Size: 137.72 MB<br>Source: https://foxdata.com/en/app-marketing-analytics/1462031389/as/US/coinex-wallet-crypto-defi/ |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>Developer Account Website: https://support.wallet.coinex.com<br>APP Privacy Policy: https://wallet.coinex.com/en/terms<br>Compatibility: Requires iOS 13.0 or later. Compatible with iPhone, iPad, and iPod touch.<br>Support languages: English, Arabic, Indonesian, Japanese, Persian, Russian, Simplified Chinese, Spanish, Traditional Chinese, Turkish, Vietnamese<br>Support Countries/Regions: United States, Chad, Israel, Thailand, Singapore, Tanzania, Swaziland, Laos, Venezuela, France, Hong Kong, Taiwan,<br>Source: https://foxdata.com/en/app-marketing-analytics/1462031389/as/US/coinex-wallet-crypto-defi/ |
| **1[a]** by operation of a cryptographic module comprising one or more processors, generating a digital signature comprising a first signature | ViaBTC, through the Accused Instrumentalities, by operation of a cryptographic module (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device) comprising one or more processors (e.g., CPUs), generated a digital signature comprising a first signature component and a second signature component.<br><br>For example, the Accused Instrumentalities generated a digital signature (*e.g.*, an ECDSA signature) on a message M (*e.g.*, a signed message, which may be hashed, a message containing or representing a Bitcoin transaction, etc.), wherein the signature includes a first signature component r (*e.g.*, an r-value) and a second signature component s (*e.g.*, an s-value). *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| component and a second signature component, | "**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**." "The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section."<br><br>3.3 Message signing method<br>3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>3.3.2 ECDSA signing, with P2PKH compressed addresses<br>3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>**Signing Algorithm**<br>The signing algorithm computes the signature pair `r` and `s` from $d_A$ and `z`.<br>• Obtain the group order `n` of the curve. For Secp256k1 this is `FFFFFFFF FFFFFFFF FFFFFFFF FFFFFFFE BAAEDCE6 AF48A03B BFD25E8C D0364141`.<br>• Generate a cryptographically secure random number `k` between `1` and `n-1`.<br>**Important:** Do not reuse `k` after a signature is made with it because there are flaws that enable an attacker to derive private keys from signed messages if they know the shared nonce `k` used in them.<br>• Compute `(x, y) = k*G`, where `G` is the generator point of the secp256k1 curve, which is `04 79BE667E F9DCBBAC 55A06295 CE870B07 029BFCDB 2DCE28D9 59F2815B 16F81798 483ADA77 26A3C465 5DA4FBFC 0E1108A8 FD17B448 A6855419 9C47D08F FB10D4B8` in uncompressed form, however the compressed form can also be used.<br>• Compute `r = x mod n`. If `r=0`, generate another random `k` and start over.<br>• Compute $s = k^{-1}(z + r*d_A) \bmod n$. If `s=0`, generate another random `k` and start over. |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>Bitcoin transactions are broadcast to the network by the sender, and all peers trying to solve blocks collect the transaction records and add them to the block they are working to solve. Miners get incentive to include transactions in their blocks because of attached transaction fees.<br>Source: https://en.bitcoin.it/wiki/Block<br><br>A **transaction** is a transfer of Bitcoin value that is broadcast to the network and collected into blocks. A transaction typically references previous transaction outputs as new transaction inputs and dedicates all input Bitcoin values to new outputs. Transactions are not encrypted, so it is possible to browse and view every transaction ever collected into a block. Once transactions are buried under enough confirmations they can be considered irreversible.<br>Source: https://en.bitcoin.it/wiki/Transaction<br><br>As illustrated in the figure above, the data Bob signs includes the txid and output index of the previous transaction, the previous output's pubkey script, the pubkey script Bob creates which will let the next recipient spend this transaction's output, and the amount of satoshis to spend to the next recipient. In essence, the entire transaction is signed except for any signature scripts, which hold the full public keys and secp256k1 signatures.<br>Source: https://developer.bitcoin.org/devguide/transactions.html |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **Message signing**<br><br>**Message signing** is the action of signing a cryptographic message using a private key and its associated address, to prove that you have access to the address. These messages can be verified by wallets by checking the signature against the address to see if they correspond to each other. The result of message signing is often called a **signed message**.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>The Signature is a base64-encoded ECDSA signature that, when decoded, with fields described in the next section.<br><br>3 Algorithm for signing and verifying messages<br>3.1 Definitions used in the algorithms<br>3.2 Constants<br>3.3 Message signing method<br>3.3.1 ECDSA signing, with P2PKH uncompressed addresses<br>3.3.2 ECDSA signing, with P2PKH compressed addresses<br>3.3.3 ECDSA signing, with P2WPKH-P2SH compressed addresses<br>3.3.4 ECDSA signing, with P2WPKH compressed addresses<br><br>**Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Elliptic Curve Digital Signature Algorithm** or **ECDSA** is a cryptographic algorithm used by Bitcoin to ensure that funds can only be spent by their rightful owners. It is dependent on the curve order and hash function used. For bitcoin these are Secp256k1 and `SHA256(SHA256())` respectively.<br><br>A few concepts related to ECDSA:<br><br>• private key: A secret number, known only to the person that generated it. A private key is essentially a randomly generated number. In Bitcoin, someone with the private key that corresponds to funds on the blockchain can spend the funds. In Bitcoin, a private key is a single unsigned 256 bit integer (32 bytes).<br>• public key: A number that corresponds to a private key, but does not need to be kept secret. A public key can be calculated from a private key, but not vice versa. A public key can be used to determine if a signature is genuine (in other words, produced with the proper key) without requiring the private key to be divulged. In Bitcoin, public keys are either compressed or uncompressed. Compressed public keys are 33 bytes, consisting of a prefix either 0x02 or 0x03, and a 256-bit integer called `x`. The older uncompressed keys are 65 bytes, consisting of constant prefix (0x04), followed by two 256-bit integers called `x` and `y` (2 * 32 bytes). The prefix of a compressed key allows for the `y` value to be derived from the `x` value.<br>• signature: A number that proves that a signing operation took place. A signature is mathematically generated from a hash of something to be signed, plus a private key. The signature itself is two numbers known as `r` and `s`. With the public key, a mathematical algorithm can be used on the signature to determine that it was originally produced from the hash and the private key, without needing to know the private key. Resulting signatures are either 73, 72, or 71 bytes long (with approximate probabilities of 25%, 50%, and 25%, respectively--although sizes even smaller than that are possible with exponentially decreasing probability).[1]<br><br>Source: https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm<br><br>For example, the Accused Instrumentalities generated a digital **signature** (*e.g.*, an ECDSA signature) on a **message M** (*e.g.*, a signed message, a message containing or representing a Bitcoin transaction, etc.), wherein the signature includes a **first signature component r (*e.g.*, the r-value)** and a **second signature component s (*e.g.*, the s-value)**. *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | **Detailed specification of the message signature**<br><br>ECDSA signatures generate a 32-byte r-value and a 32-byte s-value (see Elliptic Curve Digital Signature Algorithm), which collectively represent the signature. Bitcoin signatures have the r and s values mentioned above, and a 1-byte header. Therefore, the size of a signature is 65 bytes.<br><br>The header is used to specify information about the signature. It can be thought of as a bitmask with each bit in this byte having a meaning. The serialization format of a Bitcoin signature is as follows:<br><br>(1 byte for header data)(32 bytes for r-value)(32 bytes for s-value)<br><br>**Message verification method**<br><br>It takes the following parameters:<br><br>• The message (Message)<br>• The address (Address)<br>• An ECDSA signature (Signature)<br><br>The Header byte in the signature shall dictate the verification algorithm that is used.<br><br>Upon verification success, you should display a status message similar to: "Genuine signed message from address <Address>".<br><br>Source: https://en.bitcoin.it/wiki/Message_signing.<br><br>"**Bitcoin signed messages have three parts, which are the Message, Address, and Signature**. The message is the actual message text - all kinds of text is supported, but it is recommended to avoid using non-ASCII characters in the signature because they might be encoded in different character sets, preventing signature verification from succeeding.<br><br>The address is a legacy, nested segwit, or native segwit address. Message signing from legacy addresses was added by Satoshi himself and therefore does not have a BIP. Message signing from segwit addresses has been added by BIP137 … **The Signature is a base64-encoded ECDSA signature** that, when decoded, with fields described in the next section."<br><br>Source: https://en.bitcoin.it/wiki/Message_signing. (Emphasis added) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | “This document describes a signature format for **signing messages with Bitcoin private keys**.<br><br>The specification is intended to describe **the standard for signatures of messages that can be signed and verified** between different clients that exist in the field today.”<br><br>Source: Bitcoin BIP137, https://github.com/bitcoin/bips/blob/master/bip-0137.mediawiki. (Emphasis added)<br><br>For example, file secp256k1_recovery.h in the Bitcoin core comprises secp256k1_ecdsa_recoverable_signature. File main_impl.h implements secp256k1_ecdsa_sign_recoverable(), invoking secp256k1_ecdsa_sign_inner().<br><br>`/** Opaque data structure that holds a parsed ECDSA signature,`<br>` *  supporting pubkey recovery.`<br>` *  ...`<br>` */`<br>`typedef struct secp256k1_ecdsa_recoverable_signature {`<br>`    unsigned char data[65];`<br>`} secp256k1_ecdsa_recoverable_signature;`<br>`...`<br>`/** Create a recoverable ECDSA signature.`<br>` *`<br>` *  Returns: 1: signature created`<br>` *           0: the nonce generation function failed, or the secret key was invalid.`<br>` *  Args:    ctx:       pointer to a context object (not secp256k1_context_static).`<br>` *  Out:     sig:       pointer to an array where the signature will be placed.`<br>` *  In:      msghash32: the 32-byte message hash being signed.`<br>` *           seckey:    pointer to a 32-byte secret key.`<br>` *           ...:       ...,`<br>` */`<br>`SECP256K1_API int secp256k1_ecdsa_sign_recoverable(`<br>`    ...,`<br>`) SECP256K1_ARG_NONNULL(1) SECP256K1_ARG_NONNULL(2) SECP256K1_ARG_NONNULL(3)`<br>`  SECP256K1_ARG_NONNULL(4);`<br><br>Source: bitcoin\src\secp256k1\include\secp256k1_recovery.h<br><br>`int secp256k1_ecdsa_sign_recoverable(const secp256k1_context* ctx,`<br>`  secp256k1_ecdsa_recoverable_signature *signature, const unsigned char *msghash32,`<br>`  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata`<br>`) {` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

```
    ...
    ret = secp256k1_ecdsa_sign_inner(ctx, &r, &s, &recid, msghash32, seckey,
      noncefp, noncedata);
    secp256k1_ecdsa_recoverable_signature_save(signature, &r, &s, recid);
    return ret;
}
static int secp256k1_ecdsa_sign_inner(const secp256k1_context* ctx, secp256k1_scalar* r,
  secp256k1_scalar* s, int* recid, const unsigned char *msg32,
  const unsigned char *seckey, secp256k1_nonce_function noncefp, const void* noncedata
) {
    ...;
    while (1) {
      if (is_nonce_valid) {
            ret = secp256k1_ecdsa_sig_sign(&ctx->ecmult_gen_ctx, r, s,
              &sec, &msg, &non, recid);
            ...;
            if (ret) { break; }
            ...;
```

Source: bitcoin/src/secp256k1/src/secp256k1.c

In another example, ViaWallet discloses the following source code:

```
// uses secp256k1 curve
// priv_key is a 32 byte big endian stored number
// sig is 64 bytes long array for the signature
// digest is 32 bytes of digest
// is_canonical is an optional function that checks if the signature
// conforms to additional coin-specific rules.
int ecdsa_sign_digest(const ecdsa_curve *curve, const uint8_t *priv_key,
                      const uint8_t *digest, uint8_t *sig, uint8_t *pby,
                      int (*is_canonical)(uint8_t by, uint8_t sig[64])) {
  int i = 0;
  curve_point R = {0};
  bignum256 k = {0}, z = {0}, randk = {0};
  bignum256 *s = &R.y;
  uint8_t by;  // signature recovery byte
```

Source: https://github.com/viabtc/viawallet_core/blob/master/trezor-crypto/crypto/ecdsa.c

| Claim No. | Exemplary Evidence of Infringement |
|---|---|

```
        // compute k*G
        scalar_multiply(curve, &k, &R);
        by = R.y.val[0] & 1;
        // r = (rx mod n)
        if (!bn_is_less(&R.x, &curve->order)) {
          bn_subtract(&R.x, &curve->order, &R.x);
          by |= 2;
        }
        // if r is zero, we retry
        if (bn_is_zero(&R.x)) {
          continue;
        }

        bn_read_be(priv_key, s);
        if (bn_is_zero(s) || !bn_is_less(s, &curve->order)) {
          // Invalid private key.
          return 2;
        }
```

Source: https://github.com/viabtc/viawallet_core/blob/master/trezor-crypto/crypto/ecdsa.c

In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the functions identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result.

| | |
|---|---|
| **1[b]** said first signature component based on a first coordinate of an elliptic curve point | ViaBTC, through the Accused Instrumentalities, generated a digital signature wherein said first signature component is based on a first coordinate of an elliptic curve point representing an ephemeral public key.<br><br>For example, the Accused Instrumentalities generated a digital signature wherein the first signature component (e.g., r) is based on a first coordinate (e.g., x) of an elliptic curve point (*e.g.*, R = (x,y)) representing an ephemeral public key (*e.g.*, R or G*k). *See*, *e.g.*: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| representing an ephemeral public key; and | **Algorithm for signing and verifying messages**<br><br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br><br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br><br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>**Message signing method**<br><br>It takes the following parameters:<br><br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA signing, with P2PKH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r < p-n* and *is_even(y)*, set HeaderByte to 34. If *r < p-n* and *is_odd(y)*, set HeaderByte to 31. If *r ≥ p-n* and *is_even(y)*, set HeaderByte to 32. If *r ≥ p-n* and *is_odd(y)*, set HeaderByte to 31.<br>7. Compute *Signature=Base64Encode(HeaderByte \|\| r \|\| s)*<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, file ecdsa_impl.h implements secp256k1_ecdsa_sig_sign() called from the code in the file secp256k1.c. *See*, *e.g.*:<br><pre>static int secp256k1_ecdsa_sig_sign(const secp256k1_ecmult_gen_context *ctx,<br>  secp256k1_scalar *sigr, secp256k1_scalar *sigs, const secp256k1_scalar *seckey,<br>  const secp256k1_scalar *message, const secp256k1_scalar *nonce, int *recid<br>) {<br>    ...;<br>    secp256k1_ecmult_gen(ctx, &rp, nonce);<br>    secp256k1_ge_set_gej(&r, &rp);<br>    secp256k1_fe_normalize(&r.x);<br>    ...;<br>    secp256k1_fe_get_b32(b, &r.x);<br>    secp256k1_scalar_set_b32(sigr, b, &overflow);<br>    if (recid) {<br>        /* ... */<br>        *recid = (overflow << 1) \| secp256k1_fe_is_odd(&r.y);</pre> |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | `    }`<br>`    ...;`<br>`    secp256k1_scalar_cond_negate(sigs, high);`<br>`    if (recid) {`<br>`        *recid ^= high;`<br>`    }`<br>`    ...`<br>`}`<br>Source: bitcoin/src/secp256k1/src/ecdsa_imlp.h<br><br>**Secp256k1**<br><br>**secp256k1** refers to the parameters of the elliptic curve used in Bitcoin's public-key cryptography, and is defined in *Standards for Efficient Cryptography (SEC)* (Certicom Research, http://www.secg.org/sec2-v2.pdf). Currently Bitcoin uses secp256k1 with the ECDSA algorithm, though the same curve with the same public/private keys can be used in some other algorithms such as Schnorr.<br><br>Source: https://en.bitcoin.it/wiki/Secp256k1 |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | <br>This is a graph of secp256k1's elliptic curve $y^2 = x^3 + 7$ over the real numbers. Note that because secp256k1 is actually defined over the field $Z_p$, its graph will in reality look like random scattered points, not anything like this.<br>Source: https://en.bitcoin.it/wiki/Secp256k1<br><br>For example, an **elliptic curve point** can be expressed in different coordinate systems, such as affine or Jacobian. *See*, *e.g.*:<br><br>`/** A group element in affine coordinates on the secp256k1 curve,`<br>` *  or occasionally on an isomorphic curve of the form y^2 = x^3 + 7*t^6.`<br>` *  ...`<br>` */`<br>`typedef struct {`<br>`    secp256k1_fe x;`<br>`    secp256k1_fe y;`<br>`    int infinity; /* whether this represents the point at infinity */`<br>`} secp256k1_ge;`<br>`...` |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | ```<br>/** A group element of the secp256k1 curve, in jacobian coordinates.<br> *  ...<br> */<br>typedef struct {<br>    secp256k1_fe x; /* actual X: x/z^2 */<br>    secp256k1_fe y; /* actual Y: y/z^3 */<br>    secp256k1_fe z;<br>    int infinity; /* whether this represents the point at infinity */<br>} secp256k1_gej;<br>```<br><br>Source: bitcoin/src/secp256k1/src/group.h<br><br>In another example, ViaWallet discloses the following source code:<br><br>```<br>    // compute k*G<br>    scalar_multiply(curve, &k, &R);<br>    by = R.y.val[0] & 1;<br>    // r = (rx mod n)<br>    if (!bn_is_less(&R.x, &curve->order)) {<br>      bn_subtract(&R.x, &curve->order, &R.x);<br>      by \|= 2;<br>    }<br>    // if r is zero, we retry<br>    if (bn_is_zero(&R.x)) {<br>      continue;<br>    }<br><br>    bn_read_be(priv_key, s);<br>    if (bn_is_zero(s) \|\| !bn_is_less(s, &curve->order)) {<br>      // Invalid private key.<br>      return 2;<br>    }<br>```<br>Source: https://github.com/viabtc/viawallet_core/blob/master/trezor-crypto/crypto/ecdsa.c |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the functions identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |
| **1[c]** generating, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key. | ViaBTC, throught the Accused Instrumentalities, generated, for use with said digital signature, an indicator to identify which value of a plurality of values recoverable from said first signature component is said ephemeral public key.<br><br>For example, the Accused Instrumentalities generated, for use with said digital signature (e.g., (r, s)), an indicator (e.g., recid) to identify which value of a plurality of values recoverable from said first signature component (e.g., r) is said ephemeral public key (e.g., G*k). *See* claim 1[pre], *supra*; *see also*, *e.g.*:<br><br>**Algorithm for signing and verifying messages**<br>Below is a list of instructions for creating a BIP137-compliant message signing and verification algorithm.<br>It is not required, but you should strip trailing newlines from the message before signing it, because some clients cannot process messages that contain trailing newlines.<br>Below is a list of steps for signing and verifying a message, for each supported address type.<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>**Message signing method**<br>It takes the following parameters:<br>• The private key (PrivateKey)<br>• The public key (PublicKey) (optional, if performance is desired)<br>• The address (Address)<br>• The message (Message) |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | **ECDSA signing, with P2PKH compressed addresses**<br>1. Compute *z = SHA256(Message)*<br>2. Generate a cryptographically secure random nonce *k* between *1* and *n-1*. This can be implemented by generating four 64-bit random unsigned integers. If the resulting integer is out of range (e.g. it's *0* or ≥ *n*), then discard the entire nonce and generate its entirety all over again. This is to avoid attacks on specific parts of the nonce.<br>3. Compute *(x,y) = G*k*<br>4. If *r mod n == 0* or *(x,y) == Inf*, go back to step 3.<br>5. Compute *s = modinv(k, n) * (z + r * PrivateKey) mod n*. If *s == 0*, go back to step 3.<br>6. Compute the header byte. If *r < p-n* and *is_even(y)*, set HeaderByte to 34. If *r < p-n* and *is_odd(y)*, set HeaderByte to 31. If *r ≥ p-n* and *is_even(y)*, set HeaderByte to 32. If *r ≥ p-n* and *is_odd(y)*, set HeaderByte to 31.<br>7. Compute *Signature=Base64Encode(HeaderByte* \|\| *r* \|\| *s)*<br>Source: https://en.bitcoin.it/wiki/Message_signing |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | The header byte has a few components to it. First, it stores something known as the recID. This value is stored in the least significant 2 bits of the header, and uniquely identifies the correct signature for the signing public key. The lower bit represents the parity of the Y coordinate of the signature - even or odd - and the higher bit represents the correct r-value: 'r' or 'n+r'. For a rare subset of signatures which have r>=p-n, the only possible r-value will be 'r', thus the highest bit of the recID should be zero.<br><br>The following list demonstrates the correct signature corresponding to the value of recID:<br>• 0: even Y, r = r<br>• 1: odd Y, r = r<br>• 2: even Y, r = n+r<br>• 3: odd Y, r = n+r<br><br>Source: https://en.bitcoin.it/wiki/Message_signing<br><br>For example, function secp256k1_ecdsa_recoverable_signature_save() is called from file main_impl.h.<br><br>`static void`<br>`secp256k1_ecdsa_recoverable_signature_save(secp256k1_ecdsa_recoverable_signature* sig,`<br>`  const secp256k1_scalar* r, const secp256k1_scalar* s, int recid`<br>`) {`<br>`    if (sizeof(secp256k1_scalar) == 32) {`<br>`        memcpy(&sig->data[0], r, 32);`<br>`        memcpy(&sig->data[32], s, 32);`<br>`    } else {`<br>`        secp256k1_scalar_get_b32 (&sig->data[0], r);`<br>`        secp256k1_scalar_get_b32 (&sig->data[32], s);`<br>`    }`<br>`    sig->data[64] = recid;`<br>`}`<br>Source: bitcoin/src/secp256k1/src/modules/recovery/main_impl.h<br><br>In another example, ViaWallet discloses the following code: |

| Claim No. | Exemplary Evidence of Infringement |
|---|---|
| | (see code excerpts below) |

```
// msg is a data to be signed
// msg_len is the message length
int ecdsa_sign(const ecdsa_curve *curve, HasherType hasher_sign,
               const uint8_t *priv_key, const uint8_t *msg, uint32_t msg_len,
               uint8_t *sig, uint8_t *pby,
               int (*is_canonical)(uint8_t by, uint8_t sig[64])) {
  uint8_t hash[32] = {0};
  hasher_Raw(hasher_sign, msg, msg_len, hash);
  int res = ecdsa_sign_digest(curve, priv_key, hash, sig, pby, is_canonical);
  memzero(hash, sizeof(hash));
  return res;
}
```

Source: https://github.com/viabtc/viawallet_core/blob/master/trezor-crypto/crypto/ecdsa.c

```
// uses secp256k1 curve
// priv_key is a 32 byte big endian stored number
// sig is 64 bytes long array for the signature
// digest is 32 bytes of digest
// is_canonical is an optional function that checks if the signature
// conforms to additional coin-specific rules.
int ecdsa_sign_digest(const ecdsa_curve *curve, const uint8_t *priv_key,
                      const uint8_t *digest, uint8_t *sig, uint8_t *pby,
                      int (*is_canonical)(uint8_t by, uint8_t sig[64])) {
  int i = 0;
  curve_point R = {0};
  bignum256 k = {0}, z = {0}, randk = {0};
  bignum256 *s = &R.y;
  uint8_t by;  // signature recovery byte
```

Source: https://github.com/viabtc/viawallet_core/blob/master/trezor-crypto/crypto/ecdsa.c

| Claim No. | Exemplary Evidence of Infringement |
| --- | --- |
| | In the alternative, if this element was not met literally, then it was met under the doctrine of equivalents because signature verification operations performed by, for example, the steps identified above, *supra*, perform substantially the same function, in substantially the same way, to achieve substantially the same result. |

## I. Appendix

| **Accused Instrumentalities** |
|---|
| Transferring cryptocurrencies over the blockchain network (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.). |
| Sending cryptocurrency messages and/or transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.). |
| Signing cryptocurrency messages and/or transactions (e.g., Bitcoin, Bitcoin Cash, Litecoin, Ethereum Classic, Zcash, etc.). |
| Devices and software configured to sign or send cryptocurrency messages and/or transactions, including computers, mining machines, nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |
| Devices and software configured to send, transfer, transmit, or spend cryptocurrencies, including computers, mining machines, Bitcoin nodes, applications, programs, wallets, and their respective associated processors (*e.g.*, a digital wallet, a hot wallet, a cold wallet, a warm wallet, a hardware wallet, a hardware security module (HSM), or an embedded device). |